UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------

Lawrence Rowe,
    Petitioner,

  -vs-

Michael Chertoff, et. al.,

        Respondent.

----------------------------------------

ORDER

CV-05-2256(FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.
★ AUG 0 8 2005 ★
BROOKLYN OFFICE

    On May 10, 2005 pro se petitioner filed a writ for habeas corpus relief pursuant to Title 28 U.S.C. Section 2241. As petitioner is not subject to a final order of removal, this petition is premature; therefore the Court will not address the merit of his claims at this time. Accordingly it is

    HEREBY ORDERED that this petition is dismissed without prejudice to petitioner's right to re-file once he receives a final order of removal. Pursuant to Real ID Act of 2005, such a petition must be filed with the Circuit Court.

    The clerk is directed to mail copies of this notice to all parties.


DATED: Brooklyn, New York
       August 03, 2005

                                             U.S.D.J.


cc.: Lawrence Rowe, pro se petitioner